UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Allele Biotechnology and Pharmaceuticals, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Regeneron Pharmaceuticals, Inc., <br><br> Defendant. | Case No. 7:20-cv-08255-PMH <br><br> **AFFIDAVIT OF SERVICE** |

STATE OF WISCONSIN  )
                   :  ss:
COUNTY OF DANE     )

I, Andrew Dufresne, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Madison, Wisconsin.

2. On December 31, 2020, I served a true and correct copy of the:

**SUMMONS AND COMPLAINT** upon Michael A. Morin, who was identified by Defendant Regeneron Pharmaceuticals, Inc. as its counsel, via email pursuant to an agreement between the parties.

Dated: January 5, 2021

_____
Andrew Dufresne

Sworn to before me this
5th day of January 2021

_____
Notary Public

Dane County, WI
Exp. 10/8/21   No. 1160620