# LATHAM&WATKINS LLP

885 3rd Avenue
New York, New York 10022
Tel: +1.212.906.1200
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

January 15, 2021

<u>VIA ECF</u>

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

Re: *Allele Biotechnology and Pharmaceuticals, Inc. v. Regeneron Pharmaceuticals, Inc. (7:20-cv-8255)* - Consent Extension Request

Dear Judge Halpern:

We represent Defendant Regeneron Pharmaceuticals, Inc. in the above-referenced matter. We write with opposing counsel's consent to request a 45 day extension of the deadline to answer, move, or otherwise respond to the complaint. Extending the current deadline from January 21, 2021 to March 8, 2021 would afford counsel necessary time to fully review the complaint before preparing a response.

There have been no prior requests for such an extension. We appreciate Your Honor's consideration of this request.

Respectfully submitted,

<u>/s/ Arlene Lee Chow</u>
Arlene Lee Chow

cc: All Counsel of Record (via ECF)