UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLELE BIOTECHNOLOGY AND
PHARMACEUTICALS, INC.,

                    Plaintiff,

          -against-

REGENERON PHARMACEUTICALS, INC.,

                    Defendant.

**ORDER**

20-CV-08255 (PMH)

PHILIP M. HALPERN, United States District Judge:

Oral argument has been scheduled on the pending motion to dismiss. The oral argument will be held on March 2, 2022 at 2:30 p.m. at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601. The Court will advise the parties as to the specific courtroom before the appearance date.

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse. On the day that you are due to arrive at the courthouse, click on the following weblink: https://app.certify.me/SDNYPublic. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used as the SDNY entry device at the courthouse entrance.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 46.

Dated:    White Plains, New York
          December 29, 2021

_____
PHILIP M. HALPERN
United States District Judge