IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Allele Biotechnology and Pharmaceuticals, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Regeneron Pharmaceuticals, Inc., <br><br> Defendant. | Civil Action No. 7:20-cv-08255-PMH <br><br> Jury Trial Demanded |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

PLEASE TAKE NOTICE that the undersigned hereby moves this Court on behalf of Plaintiff Allele Biotechnology and Pharmaceuticals, Inc. ("Allele") before the Honorable Philip M. Halpern, in Courtroom 520 of the United States District Court for the Southern District of New York, Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York, 10601 for an order granting Allele leave to file under seal the Declaration of Martin Gilmore in Support of Allele's Memorandum in Response to Defendant's Motion to Dismiss, as well as its attachments. The Gilmore Declaration includes attachments that Defendant Regeneron Pharmaceuticals, Inc. has designated as confidential. In view of Regeneron's designation, Allele moves to seal the declaration and its attachments.

- 2 -

DATED: August 20, 2021

> Application granted.
>
> Plaintiff is granted leave to file the Declaration of Martin Gilmore in Support of Allele's Memorandum in Response to Defendant's Motion to Dismiss (Doc. 52) under seal.
>
> The Clerk of the Court is respectfully directed to seal Doc. 52 and its attachments, permitting access only by the parties and the Court, but to retain the summary docket for the record.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 51.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         February 28, 2022

Respectfully submitted,
PERKINS COIE LLP
By: */s/ Martin E. Gilmore*
Martin E. Gilmore
MGilmore@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: 212.262.6900
Facsimile: 212.977.1649

*Attorneys for Plaintiff*