UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLELE BIOTECHNOLOGY AND
PHARMACEUTICALS, INC.,

            Plaintiff,

-against-

REGENERON PHARMACEUTICALS, INC.,

           Defendant.

**ORDER**

20-CV-08255 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for the parties appeared in-person for oral argument today regarding Defendant's pending motion to dismiss. Argument was held on the record.

    For the reasons stated on the record and the law cited therein, Defendant's motion to dismiss the action under Federal Rule of Civil Procedure 12(b)(6) is DENIED. Defendant shall file its Answer on March 16, 2022. The Court shall hold an Initial Pretrial Conference by telephone at 12:00 p.m. on April 7, 2022. A Notice of Initial Conference shall be docketed shortly.

    The parties are directed to meet and confer regarding preparation of a Proposed Civil Case Discovery Plan and Scheduling Order in addition to potential pretrial resolution.

    The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 43.

                                      **SO ORDERED:**

Dated:   White Plains, New York
            March 2, 2022

                                      _____
                                      PHILIP M. HALPERN
                                      United States District Judge