UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALLELE BIOTECHNOLOGY AND
PHARMACEUTICALS, INC.,

                Plaintiff,

-against-

REGENERON PHARMACEUTICALS, INC.,

                Defendant.

**ORDER**

20-CV-08255 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

      On November 16, 2022, counsel for Defendant Regeneron Pharmaceuticals, Inc. wrote to the Court, with Plaintiff Allele Biotechnology and Pharmaceuticals, Inc.'s consent, requesting that each party be allotted up to 75 minutes for the claim construction hearing scheduled for November 21, 2022 at 10:30 a.m. That application is denied. The Court will endeavor to spend as much time as necessary to consider each party's position.

                                                  **SO ORDERED.**

Dated:  White Plains, New York
           November 17, 2022

                                                 PHILIP M. HALPERN
                                               United States District Judge