IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Allele Biotechnology and Pharmaceuticals, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Regeneron Pharmaceuticals, Inc., <br><br> Defendant. | Civil Action No. 7:20-cv-08255-PMH <br><br> Jury Trial Demanded |

## MOTION FOR LEAVE TO FILE UNDER SEAL

PLEASE TAKE NOTICE that the undersigned hereby moves pursuant to the Honorable Philip M. Halpern's Individual Rule 5(B) on behalf of Plaintiff Allele Biotechnology and Pharmaceuticals, Inc. ("Allele") for an order granting Allele leave to file under seal the Third Amended Complaint. The Third Amended Complaint includes information that Defendant Regeneron Pharmaceuticals, Inc. has designated as confidential. In view of Regeneron's designation, Allele moves to seal the Third Amended Complaint.

| | |
|---|---|
| DATED: November 22, 2022 | By: /s/ *Thomas V. Matthew* <br> Thomas V. Matthew |

**PERKINS COIE LLP**

Martin E. Gilmore
MGilmore@perkinscoie.com
Thomas V. Matthew
TMatthew@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Telephone:  212.269.6900
Facsimile:  212.977.1649

Christopher G. Hanewicz (admitted *pro hac vice*)
CHanewicz@perkinscoie.com
Andrew T. Dufresne (admitted *pro hac vice*)
ADufresne@perkinscoie.com
Michael R. Laing (admitted *pro hac vice*)
MLaing@perkinscoie.com
33 East Main Street, Suite 201
Madison, WI  53703-3095
Telephone:  608.663.7460
Facsimile:  608.663.7499

*Attorneys for Plaintiff Allele Biotechnology and Pharmaceuticals, Inc.*

159173507.1

---

Application granted.

Plaintiff is granted leave to file the Third Amended Complaint (Doc. 114) under seal. The Clerk of the Court is respectfully directed to seal Doc. 114 and its attachments, permitting access only by the parties and the Court, but to retain the summary docket for the record.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 113

**SO ORDERED.**

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
            November 28, 2022

- 2 -