UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLELE BIOTECHNOLOGY AND
PHARMACEUTICALS, INC.,

                Plaintiff,

- against -

REGENERON PHARMACEUTICALS, INC.,

                Defendant.

**ORDER**

20-CV-08255 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a pre-motion conference on April 10, 2024 regarding the parties' motions for summary judgment. The parties are granted leave to move for summary judgment. As stated more fully on the record, the Court made the following rulings.

1. The parties' motions to seal (Doc. 152; Doc. 155; Doc. 159) the letters requesting a pre-motion conference are GRANTED. The Clerk of Court is respectfully directed to terminate the motions pending at Doc. 152, Doc. 155, and Doc. 159.

2. The parties are directed to meet and confer and file a single, joint Rule 56.1 statement—not to exceed 25 pages—with their summary judgment papers.

3. The following briefing schedule will govern the motions for summary judgment. Plaintiff's motion and supporting papers shall be served, but not filed, on April 30, 2024. Defendant's brief and supporting papers in opposition to Plaintiff's motion and in support of Defendant's motion shall be served, but not filed, on June 7, 2024. Plaintiff's reply to its motion shall be served, but not filed, on July 3, 2024. Defendant's reply to its motion shall be served, and all motion papers shall be filed, on July 19, 2024. Each party shall file their own Notice of Motion.

4. The Court provided the parties with notice pursuant to Federal Rule of Civil Procedure 56(f) that it would search the record and grant summary judgment, if appropriate, in accordance with Fed. R. Civ. P. 56(f).

See Transcript.

**SO ORDERED.**

Dated: White Plains, New York
April 11, 2024

_____
PHILIP M. HALPERN
United States District Judge